# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE JACOBS, | |
| Plaintiff, | Civil Action No. 08-470 |
| v. | |
| | Chief Judge Joy Flowers Conti |
| DETECTIVE RICHARD USNER, | |
| DETECTIVE MICHAEL O'KEEFE, | Magistrate Judge Lisa Pupo Lenihan |
| DAN ONORATO, WILLIAM EMERICK, | |
| RAMON RUSTIN, RONALD POFI, | |
| MAJOR DONNIS, LT. ACJ LOUIS LEON, | |
| DALE CHAPMAN, ROBERT BEVERIDGE, | |
| BOZAK, ROBBIE PINDEL, KAVALS, | ECF No. 456 |
| McCALL, STANTON, RUBEL, and CRAPIS, | |
| Defendants. | |

## ORDER

**AND NOW,** this 14th day of September, 2016, for the reasons set forth in the accompanying memorandum opinion it is hereby **ORDERED** that the Motion for Summary Judgment (ECF No. 456) is **GRANTED** only as it relates to Defendant Dan Onorato. The Motion is **DENIED** as it relates to Defendants Robert Beveridge, Bozak, Dale Chapman, Crapis, Major Donnis, William Emerick, Kavals, Louis Leon, McCall, Robert Pindel, Ronald Pofi, Rubel, Ramon Rustin, and Stanton.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 489) of Magistrate Judge Lenihan, dated August 1, 2016, is adopted as the opinion of the court.

BY THE COURT

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge

cc: All counsel of record
*Via Electronic Mail*